## Commonwealth v. Kidd, Appellant.

Submitted June 9,

1969. *Lawrence Solomon,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.